1  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
2  KAYLA D. GRUNDY (STATE BAR NO. 300513)
   kgrundy@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
6
   Attorneys for Defendant
7  WORKDAY, INC.

8

9  Michael J. Curls (SBN 159651)
   Nichelle D. Jordan (SBN 186308)
   LAW OFFICE OF MICHAEL J. CURLS
10 4340 Leimert Blvd., Suite 200
   Los Angeles, CA 90008
11 Telephone: (323) 293-2314
   Facsimile: (323) 293-2350
12 Email: nichelle@mjclawoffice.com

13 Attorneys for Plaintiff
   ANTHONY C. HILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. HILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WORKDAY, INC., a Delaware Corporation, SUSAN DAHM, an individual, LISA MCFALL, an individual, KATIE HAUCK, an individual and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:23-cv-06558<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANTS' MOTIONS TO DISMISS**<br><br>Judge: Hon. Peter H. Kang |

1    Pursuant to Civil Local Rule 7-12, Plaintiff Anthony C. Hill ("Plaintiff") and Defendants
2    Workday Inc., Susan Dahm, Lisa McFall, and Katie Hauck ("Defendants"), by and through their
3    respective counsel, hereby agree as follows.
4    WHEREAS, on December 21, 2023, Defendant Workday, Inc. was served via its agent for
5    service of process, making its response to Plaintiff's Complaint due January 11, 2024 in
6    compliance with Rule 12 of the Federal Rules of Civil Procedure ("FRCP");
7    WHEREAS, on December 23, 2024, Defendant Susan Dahm was served via substitute
8    service under California Code of Civil Procedure § 415.20 and FRCP Rule 4, making her
9    response to Plaintiff's Complaint due January 26, 2024 in compliance with FRCP 12;
10   WHEREAS, on January 5, 2024, Defendant Lisa McFall submitted a Waiver of the
11   Service of Summons, making her response to Plaintiff's Complaint due March 5, 2024, in
12   compliance with FRCP Rule 12;
13   WHEREAS, on January 11, 2024, Defendant Workday timely filed a Motion to Dismiss
14   initially set for hearing on February 23, 2024;
15   WHEREAS, on January 25, 2024, Defendant Katie Hauck submitted a Waiver of the
16   Service of Summons setting her response to Plaintiff's Complaint due March 25, 2024, in
17   compliance with Rule 12 of the FRCP;
18   WHEREAS, on January 26, 2024, Defendant Susan Dahm timely filed a Motion to
19   Dismiss initially set for hearing on February 23, 2024;
20   WHEREAS, on February 1, 2024, the Court vacated the hearings for the Motions to
21   Dismiss and ordered the hearings be reset after all Defendants have appeared;
22   WHEREAS, the Parties have met and conferred regarding Defendants' motions and a
23   related briefing schedule;
24   WHEREAS, the Parties reached agreement on a proposed briefing schedule and combined
25   briefing with respect to Defendants Lisa McFall and Katie Hauck's Motions to Dismiss;
26   WHEREAS, the Parties submit that the proposed schedule does not affect any other
27   Court-ordered deadlines, does not have any effect on the schedule for the case, and should not
28

- 1 -

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 3:23-CV-06558

1  result in prejudice to any of the Parties;

2  THEREFORE, it is stipulated and agreed, subject to the Court's approval, that the briefing

3  schedule with respect to Defendants' Motions to Dismiss shall be as follows:

| | |
|---|---|
| **Defendants' deadline to file combined Motion to Dismiss for Defendants Lisa McFall and Katie Hauck** | March 5, 2024 |
| **Plaintiff's deadline to file Opposition to Defendants' combined Motion to Dismiss for Defendants Lisa McFall and Katie Hauck** | March 26, 2024 |
| **Defendants' deadline to file Reply to Plaintiff's Opposition** | April 9, 2024 |
| **Hearing on Defendants Workday, Susan Dahm, Lisa McFall, and Katie Hauck's Motions to Dismiss** | May 3, 2024 |

Dated: February 8, 2024                          Orrick, Herrington & Sutcliffe LLP

                                                 By:  _/s/ Kayla D. Grundy_
                                                      KAYLA D. GRUNDY
                                                      Attorneys for Defendant
                                                      WORKDAY, INC.


Dated: February 8, 2024                          Law Office of Michael J. Curls

                                                 By:  _/s/ Nichelle D. Jordan_
                                                      Nichelle D. Jordan
                                                      Attorneys for Plaintiff
                                                      ANTHONY C. HILL

- 3 -

**PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: _____

_____
PETER H. KANG
UNITED STATES MAGISTRATE JUDGE