1  JULIE A. TOTTEN (STATE BAR NO. 166470)
   jatotten@orrick.com
2  KAYLA D. GRUNDY (STATE BAR NO. 300513)
   kgrundy@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA 94105-2669
5  Telephone:   (415) 773-5700
   Facsimile:   (415) 773-5759
6
   Attorneys for Defendant
7  WORKDAY, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANTHONY C. HILL, an individual,           | Case No. 3:23-cv-06558
12 |                       Plaintiff,          |
13 |         v.                                | **ORDER GRANTING REQUEST TO CONTINUE SETTLEMENT CONFERENCE**
14 | WORKDAY, INC., a Delaware Corporation,    |
15 | and DOES 1 through 10, inclusive,         |
   |                       Defendants.         | Dept.:    G
16 |                                           | Judge:    Hon. Lisa J. Cisneros

**ORDER GRANTING REQUEST TO CONTINUE SETTLEMENT CONFERENCE**

On July 31, 2025, Defendant Workday, Inc. ("Workday") timely filed a Request to Continue Settlement Conference. Having considered the Request and supporting documentation, it is HEREBY ORDERED that Workday's Request is GRANTED.

The August 11, 2025 settlement conference will be continued to a date sufficiently after the September 5, 2025 hearing on Plaintiff's motion to amend that the Parties will have the benefit of a shared understanding of the scope of the case at the time of the settlement conference.

The Settlement Conference is continued to November 3, 2025 at 10:00 a.m. before Magistrate Judge Lisa J. Cisneros in Courtroom G, 15th Floor.

**IT IS SO ORDERED.**

Dated: July 31, 2025            By: _____
                                    Hon. Lisa J. Cisneros
                                    UNITED STATES DISTRICT COURT JUDGE