Lenden F. Webb, Esq (236377)
Katherine E. Cervantes (333940)
**WEBB LAW GROUP, APC**
10509 Vista Sorrento Parkway, Suite 450
San Diego, CA 92121
Telephone: (619) 399-7700
Email: LWebb@WebbLawGroup.com
Email: KCervantes@WebbLawGroup.com
**Please serve to:** Service@WebbLawGroup.com

Attorneys for Plaintiff,
ANTHONY C. HILL

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY C. HILL, an individual,<br><br>Plaintiff,<br>v.<br><br>WORKDAY, INC., et al.,<br><br>Defendant. | Case No.: 23-cv-06558-PHK<br><br>**DECLARATION OF KATHERINE E. CERVANTES IN SUPPORT OF ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE BY ATTORNEYS WEBB AND CERVANTES**<br><br>Re: Docket #161<br><br>Dept.: F<br>Judge: Hon. Peter F. Kang |

I, KATHERINE E. CERVANTES, declare as follows:

1. I am an attorney licensed by the State Bar of California and I was previous counsel of record for the Plaintiff ANTHONY C. HILL (*hereinafter* "Plaintiff") in the above-captioned matter.

2. On July 17, 2025 Plaintiff ANTHONY C. HILL moved to substitute out Webb Law Group, APC and counselors Katherine E. Cervantes and Lenden F. Webb to self-represent himself in pro per. This Court granted the substitution of attorney on August 7, 2025 (Docket #144).

**DECLARATION OF KATHERINE E. CERVANTES IN SUPPORT OF ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE BY ATTORNEYS WEBB AND CERVANTES**

- 1 -

3. This declaration is submitted in support of the Court's, September 5, 2025, ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE BY ATTORNEYS WEBB AND CERVANTES (Docket #161).

4. On behalf of Plaintiff ANTHONY C. Hill, I drafted and submitted Plaintiff's position to the Joint letter Brief Regarding Discovery Disputes filed with the Court on July 21, 2025 (Docket #117).

5. Thereafter, this Court set an Order to Show Cause (Docket #129) regarding the discovery brief (Docket #117) containing fake citation to nonexistent law.

6. Soon thereafter this Court after carefully reviewing my submitted declaration (Docket #131) and holding a hearing on the Order to Show Cause (Docket #148) filed its Order (Docket #161) admonishing and sanctioning Lenden F. Webb, Esq. and myself.

7. As such, pursuant to the September 5, 2025 Order (Docket #161) I was sanctioned to circulate this Order (Docket #161) together with the Court's Order to Show Cause (Docket #129) and my submitted Declaration (Docket #131) in response to the Court's Order to Show Cause to all attorneys and paralegals at Webb Law Group, APC.

8. I hereby declare under penalty of perjury under the laws of California that I have complied and certify that all attorneys and paralegals at Webb Law Group, APC have read this Court's Order (Docket #161) together with the Court's Order to Show Cause (Docket #129) and my submitted Declaration (Docket #131) in response to the Court's Order to Show Cause reinforcing the importance of diligence, candor, and compliance with the Court's Standing Order regarding the use of AI tools.

9. Pursuant to the September 5, 2025 Order (docket #161) I was further sanctioned to complete at least four hours of live, in-person continuing legal education from providers approved by the California State Bar. I am diligently working on completing this continuing legal education requirement and will file a declaration under oath certifying my completion of the CLE on or before March 5, 2026.

**DECLARATION OF KATHERINE E. CERVANTES IN SUPPORT OF ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE BY ATTORNEYS WEBB AND CERVANTES**

- 2 -

I declare under penalty of perjury under the laws of California that the foregoing is true and correct, and that this declaration was executed on October 24, 2025, in San Diego, California.

*[Signature]*
KATHERINE E. CERVANTES

---

**DECLARATION OF KATHERINE E. CERVANTES IN SUPPORT OF ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE BY ATTORNEYS WEBB AND CERVANTES**

- 3 -

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: 10509 Vista Sorrento Parkway, Suite 450, San Diego, CA 92121. My email address is Service@WebbLawGroup.com.

On October 24, 2025, I served the document(s) described as:

**1. DECLARATION OF KATHERINE E. CERVANTES IN SUPPORT OF ORDER RE: RESPONSE TO ORDER TO SHOW CAUSE BY ATTORNEYS WEBB AND CERVANTES**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at: San Diego, California, addressed as follows:

450 Golden Gate Avenue
San Francisco, CA 94102
Courtroom F – 15th Floor
PHKCRD@cand.uscourts.gov
*Magistrate Judge Peter H. Kang*
*Jenny Galang, Relief Courtroom Deputy to the Honorable Peter H. Kang*

  XX    (BY CM/ECF) By electronic email service and electronically filing the foregoing with the Clerk of the U.S. District Court, Northern District using its CM/ECF filing system.

Executed on **October 24, 2025**, at San Diego, California

  XX    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
MORGAN Y. EDGAR