Anthony C. Hill
Plaintiff, Pro Se
5 Kaywood Court
Silver Spring, MD 20905
(202) 390-8740
anthony_c_hill@hotmail.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANTHONY C. HILL,

    Plaintiff,

vs.

WORKDAY, INC.,

    Defendant.

Case No. 23-CV-06558-PHK

**PLAINTIFF'S NOTICE REGARDING EXPERT IDENTIFICATION**

Pursuant to the Court's directive at the November 4, 2025 hearing, Plaintiff Anthony C. Hill respectfully submits this Notice identifying his expert witness and disclosing an additional potential expert consistent with Federal Rule of Civil Procedure 26(a)(2)(A).

**1. Professor Vaughn Rasberry**

Plaintiff has retained Professor Vaughn Rasberry, Associate Professor of English and Associate Professor of African and African American Studies at Stanford University. Professor Rasberry earned his Ph.D. in English Language and Literature and M.A. in Humanities from the University of Chicago, and his B.A. in English from Howard University. He is affiliated with

1

Stanford's Center for Comparative Studies in Race and Ethnicity, the Program in Modern Thought and Literature, and the American Studies Program.

Professor Rasberry's scholarship examines African American and African Diaspora literature, twentieth-century American fiction, postcolonial theory, and philosophical theories of modernity. His book *Race and the Totalitarian Century: Geopolitics in the Black Literary Imagination* (Harvard University Press, 2016) received both the Ralph Bunche Award from the American Political Science Association and the American Book Award in 2017. He has also published in American Literary History, Novel: A Forum on Fiction, and multiple edited volumes on race, culture, and modern politics.

At Stanford, Professor Rasberry teaches courses on African American literature, American culture and the Cold War, postcolonial theory, and race and modernity, and has mentored undergraduate and doctoral students across disciplines. His expertise in how race, cultural institutions, and ethics intersect positions him to assist the Court in understanding the organizational and social-justice dimensions relevant to Plaintiff's claims. A copy of his curriculum vitae is attached as Exhibit A.

**2. Professor Ralph Richard ("Rick") Banks**

Plaintiff is also in discussions with Professor Ralph Richard Banks, the Jackson Eli Reynolds Professor of Law and Faculty Director of the Stanford Center for Racial Justice at Stanford Law School, who may serve as a supplemental or substitute expert should his availability permit. Professor Banks has served on the Stanford Law School faculty since 1998 and holds a courtesy appointment as Professor of Education at Stanford University. He has also

taught at Harvard Law School (where he will return in 2026 as the Daniel P. S. Paul Visiting Professor of Constitutional Law) and the University of Virginia School of Law.

Professor Banks's research and teaching span constitutional law, employment discrimination, equal protection, family law, and racial justice. He is co-author of *Family Law in a Changing America* (West 2021, 2d ed.) and *Racial Justice and Law: Cases and Materials* (Foundation Press 2016, 2d ed. forthcoming). He is also the author of *Is Marriage for White People? How the African American Marriage Decline Affects Everyone* (Dutton 2011), a widely reviewed interdisciplinary work praised by The New York Times, The Los Angeles Times, and The Wall Street Journal.

A Rockefeller Foundation Bellagio Center Fellow (2022), Professor Banks has published in leading law reviews such as the California Law Review, Stanford Law Review, UCLA Law Review, Cornell Law Review, and Yale Law Journal Forum, and has written for national outlets including The Wall Street Journal, The New York Times, The Los Angeles Times, and The Atlantic. He has appeared on CNN, ABC News/Nightline, NPR, and Fox News, and lectures widely on issues of racial equity, organizational integrity, and institutional reform. Should his availability permit, Plaintiff anticipates that Professor Banks's expertise will assist the trier of fact in understanding the systemic and cultural contexts underlying Plaintiff's claims. His curriculum vitae is attached as Exhibit B.

This Notice is filed in compliance with the Court's directive that Plaintiff identify any expert by November 7, 2025, and to preserve Plaintiff's ability to submit expert reports consistent with Rule 26(a)(2) and the Scheduling Order. Plaintiff will supplement this disclosure as necessary pursuant to Rule 26(e).

Respectfully submitted,

/s/ Anthony C. Hill

Plaintiff, Pro Se, November 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I electronically filed the foregoing **PLAINTIFF'S NOTICE REGARDING EXPERT IDENTIFICATION** with the Clerk of the Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record. They are:

Julie A. Totten

Kayla D. Grundy

Orrick, Herrington & Sutcliffe LLP

The Orrick Building

405 Howard Street

San Francisco, CA 94105

Email: jatotten@orrick.com; kgrundy@orrick.com

/s/ Anthony C. Hill

Plaintiff, Pro Se

November 7, 2025