Anthony C. Hill
5 Kaywood Court
Silver Spring, MD 20905
Telephone:     (202) 390-8740
Email:          anthony_c_hill@hotmail.com

Plaintiff, Pro Se

JULIE A. TOTTEN (STATE BAR NO. 166470)
jatotten@orrick.com
KAYLA D. GRUNDY (STATE BAR NO. 300513)
kgrundy@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:     (415) 773-5759

Attorneys for Defendant
WORKDAY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. HILL, an individual, | Case No. 3:23-cv-06558-PHK |
| Plaintiff, | |
| v. | **STIPULATED NOTICE OF DISMISSAL** |
| WORKDAY, INC., a Delaware Corporation, and DOES 1 through 10, inclusive, | |
| Defendant. | |

STIPULATED NOTICE OF DISMISSAL
[CASE NO. 3:23-CV-06558-PHK]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anthony C. Hill and Defendant Workday, Inc., by and through their undersigned counsel of record, hereby stipulate to dismiss this entire action with prejudice, including all claims, counterclaims, and defenses stated herein. Each Party shall bear its own costs and attorneys' fees incurred in connection with this Action.

**IT IS SO STIPULATED**.

Dated: April 7, 2026

By: _____
ANTHONY C. HILL

Dated: April 7, 2026

Orrick, Herrington & Sutcliffe LLP

By: _____
KAYLA DELGADO GRUNDY
Attorneys for Defendant
WORKDAY, INC.

-1-